# EXHIBIT A

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

Registration record TX0005954339
Indexer 1.0 /by Splunk, Inc.

## Copyright Data

Registration Number / Date:
TX0005954339 / 2012-09-07

Supplement to Registration:
TX 7-541-301, 2012

Type of Work:
Computer Files

## Title

Title:
Indexer 1.0 /by Splunk, Inc.

## Concerned Parties

Copyright Claimant:
Splunk Inc. (on original appl.: Splunk, Inc.)

Authorship on Application:
Splunk Inc. (on original appl.: Splunk, Inc.)

## Names

Names:
Splunk Inc.
Splunk, Inc.

_____

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0005954341
Indexer 2.0.1 /by Splunk, Inc.

## Copyright Data

Registration Number / Date:
TX0005954341 / 2012-09-06

Supplement to Registration:
TX 7-548-761, 2012

Type of Work:
Computer Files

## Title

Title:
Indexer 2.0.1 /by Splunk, Inc.

## Concerned Parties

Copyright Claimant:
Splunk Inc. (on original appl.: Splunk, Inc.)

Authorship on Application:
Splunk Inc. (on original appl.: Splunk, Inc.)

## Names

Names:
Splunk Inc.
Splunk, Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0005954340
## Indexer 2.1 /by Splunk, Inc.

### Copyright Data

Registration Number / Date:
TX0005954340 / 2012-09-07

Supplement to Registration:
TX 7-556-414, 2012

Type of Work:
Computer Files

### Title

Title:
Indexer 2.1 /by Splunk, Inc.

### Concerned Parties

Copyright Claimant:
Splunk Inc. (on original appl.: Splunk, Inc.)

Authorship on Application:
Splunk Inc. (on original appl.: Splunk, Inc.)

### Names

Names:
Splunk Inc.
Splunk, Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http:// cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0007567237
## Indexer 2.2.

## Copyright Data

Registration Number / Date:
TX0007567237 / 2012-08-29

Type of Work:
Computer Files

## Title

Title:
Indexer 2.2.

Application Title:
Indexer 2.2.

Alternative Title on Application:
Indexer 2.1
Indexer 2.0.1
Indexer 1.0

## Date

Date of Creation:
2007

Date of Publication:
2007-02-09

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan St, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Rights and Permissions:

Splunk Inc., 250 Brannan St, 1st Floor, San Francisco, CA, 94107, United States, (415) 848-8400, info@splunk.com

Pre-existing Material:
computer program.

## Description

Description:
Electronic file (eService)

## Notes

Nation of First Publication:
United States

## Names

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0007631106
## Exploring Splunk SEARCH PROCESSING LANGUAGE (SPL) PRIMER AND COOKBOOK.

### Copyright Data

Registration Number / Date:
TX0007631106 / 2012-10-29

Type of Work:
Text

### Title

Title:
Exploring Splunk SEARCH PROCESSING LANGUAGE (SPL) PRIMER AND COOKBOOK.

Application Title:
Exploring Splunk SEARCH PROCESSING LANGUAGE (SPL) PRIMER AND COOKBOOK.

### Date

Date of Creation:
2012

Date of Publication:
2012-08-08

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan St, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: text, artwork.

### Claim Description

Rights and Permissions:
Splunk Inc., 250 Brannan St, 1st Floor, San Francisco, CA, 94107, United States, (415) 848-8400, info@splunk.com

### Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0007659825
## Splunk Enterprise 2.0.1.

### Copyright Data

Registration Number / Date:
TX0007659825 / 2013-01-21

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 2.0.1.

Application Title:
Splunk Enterprise 2.0.1.

### Date

Date of Creation:
2006

Date of Publication:
2006-05-17

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

### Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States


**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0007659847
## Splunk Enterprise 4.0.

### Copyright Data

Registration Number / Date:
TX0007659847 / 2013-01-21

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 4.0.

Application Title:
Splunk Enterprise 4.0.

### Date

Date of Creation:
2009

Date of Publication:
2009-07-20

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

### Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0007659905
# Splunk Enterprise 2.1.

## Copyright Data

Registration Number / Date:
TX0007659905 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 2.1.

Application Title:
Splunk Enterprise 2.1.

## Date

Date of Creation:
2006

Date of Publication:
2006-10-17

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http:// cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0007659915
# Splunk Enterprise 5.0.

## Copyright Data

Registration Number / Date:
TX0007659915 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 5.0.

Application Title:
Splunk Enterprise 5.0.

## Date

Date of Creation:
2012

Date of Publication:
2012-10-30

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http:// cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0007659917
## Splunk Enterprise 4.3.

### Copyright Data

Registration Number / Date:
TX0007659917 / 2013-01-21

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 4.3.

Application Title:
Splunk Enterprise 4.3.

### Date

Date of Creation:
2011

Date of Publication:
2012-01-10

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

### Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

_____

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0007659918
# Splunk Enterprise 4.2.

## Copyright Data

Registration Number / Date:
TX0007659918 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 4.2.

Application Title:
Splunk Enterprise 4.2.

## Date

Date of Creation:
2011

Date of Publication:
2011-03-15

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States


**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS)
shared these record(s) with you:

Registration record TX0007659994
Splunk Enterprise 1.0.

## Copyright Data

Registration Number / Date:
TX0007659994 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 1.0.

Application Title:
Splunk Enterprise 1.0.

## Date

Date of Creation:
2005

Date of Publication:
2005-11-14

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107,
United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States.
Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

Registration record TX0007660037
Splunk Enterprise 4.1.

## Copyright Data

Registration Number / Date:
TX0007660037 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 4.1.

Application Title:
Splunk Enterprise 4.1.

## Date

Date of Creation:
2010

Date of Publication:
2010-04-05

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States.
Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

Registration record TX0007660042
Splunk Enterprise 3.1.

## Copyright Data

Registration Number / Date:
TX0007660042 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 3.1.

Application Title:
Splunk Enterprise 3.1.

## Date

Date of Creation:
2007

Date of Publication:
2007-10-11

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

_____

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0007660046
# Splunk Enterprise 3.2.

## Copyright Data

Registration Number / Date:
TX0007660046 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 3.2.

Application Title:
Splunk Enterprise 3.2.

## Date

Date of Creation:
2008

Date of Publication:
2008-03-01

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http:// cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0007660053
## Splunk Enterprise 3.3.

### Copyright Data

Registration Number / Date:
TX0007660053 / 2013-01-21

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 3.3.

Application Title:
Splunk Enterprise 3.3.

### Date

Date of Creation:
2008

Date of Publication:
2008-06-30

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

### Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0007660059
# Splunk Enterprise 3.0.

## Copyright Data

Registration Number / Date:
TX0007660059 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 3.0.

Application Title:
Splunk Enterprise 3.0.

## Date

Date of Creation:
2007

Date of Publication:
2007-08-02

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0007660065
# Splunk Enterprise 3.4.

## Copyright Data

Registration Number / Date:
TX0007660065 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 3.4.

Application Title:
Splunk Enterprise 3.4.

## Date

Date of Creation:
2008

Date of Publication:
2008-11-10

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States


**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

Registration record TX0007710860
Splunk Enterprise 2.2.

## Copyright Data

Registration Number / Date:
TX0007710860 / 2013-01-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 2.2.

Application Title:
Splunk Enterprise 2.2.

## Date

Date of Creation:
2007

Date of Publication:
2007-02-09

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code as identified in the program.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0007801578
Splunk Enterprise 6.0.

## Copyright Data

Registration Number / Date:
TX0007801578 / 2013-10-21

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 6.0.

Application Title:
Splunk Enterprise 6.0.

## Date

Date of Creation:
2013

Date of Publication:
2013-10-01

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

## Description

Description:
Electronic Deposit.

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0007918705
## Splunk Enterprise 6.1.

### Copyright Data

Registration Number / Date:
TX0007918705 / 2014-05-20

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 6.1.

Application Title:
Splunk Enterprise 6.1.

### Date

Date of Creation:
2014

Date of Publication:
2014-05-06

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

### Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

Registration record TX0007994799
Splunk Enterprise 6.2.

## Copyright Data

Registration Number / Date:
TX0007994799 / 2014-11-18

Type of Work:
Text

## Title

Title:
Splunk Enterprise 6.2.

Application Title:
Splunk Enterprise 6.2.

## Date

Date of Creation:
2014

Date of Publication:
2014-10-28

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

## Description

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States


**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0008216021
## Splunk Enterprise 6.3.

### Copyright Data

Registration Number / Date:
TX0008216021 / 2015-10-28

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 6.3.

Application Title:
Splunk Enterprise 6.3.

Alternative Title on Application:
Splunk Light 6.3
Hunk 6.3

### Date

Date of Creation:
2015

Date of Publication:
2015-09-22

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

**Description**

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

Registration record TX0008284845
Splunk Enterprise 6.4.

## Copyright Data

Registration Number / Date:
TX0008284845 / 2016-06-08

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 6.4.

Application Title:
Splunk Enterprise 6.4.

Alternative Title on Application:
Splunk Light 6.4
Hunk 6.4

## Date

Date of Creation:
2016

Date of Publication:
2016-04-05

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

**Description**

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0008350486
## Splunk Enterprise 6.5.

### Copyright Data

Registration Number / Date:
TX0008350486 / 2016-12-17

Type of Work:
Text

### Title

Title:
Splunk Enterprise 6.5.

Application Title:
Splunk Enterprise 6.5.

Alternative Title on Application:
Splunk Light 6.5
Hunk 6.5

### Date

Date of Creation:
2016

Date of Publication:
2016-09-27

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 250 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

## Description

Description:
Electronic file (eService)

## Notes

Nation of First Publication:
United States

## Names

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http:// cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0008410385
## Splunk Enterprise 6.6.

### Copyright Data

Registration Number / Date:
TX0008410385 / 2017-06-22

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 6.6.

Application Title:
Splunk Enterprise 6.6.

Alternative Title on Application:
Splunk Light 6.6
Splunk Analytics for Hadoop 6.6

### Date

Date of Creation:
2017

Date of Publication:
2017-05-01

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 270 Brannan Street, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

## Description

Description:
electronic file.

## Notes

Nation of First Publication:
United States

## Names

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

Registration record TX0008747518
Splunk Enterprise 7.1.

## Copyright Data

Registration Number / Date:
TX0008747518 / 2019-05-28

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 7.1.

Application Title:
Splunk Enterprise 7.1.

Alternative Title on Application:
Splunk Light 7.1
Splunk Analytics for Hadoop 7.1
Splunk Core 7.1

## Date

Date of Creation:
2018

Date of Publication:
2018-04-24

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 270 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

**Description**

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

───────────────────────────────────

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http:// cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0008747523
## Splunk Enterprise 7.2.

### Copyright Data

Registration Number / Date:
TX0008747523 / 2019-05-28

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 7.2.

Application Title:
Splunk Enterprise 7.2.

Alternative Title on Application:
Splunk Light 7.2
Splunk Analytics for Hadoop 7.2
Splunk Core 7.2

### Date

Date of Creation:
2018

Date of Publication:
2018-10-02

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 270 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

**Description**

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

─────────────────────────────────────────────────────

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0008749975
## Splunk Enterprise 7.3.

### Copyright Data

Registration Number / Date:
TX0008749975 / 2019-06-04

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 7.3.

Application Title:
Splunk Enterprise 7.3.

Alternative Title on Application:
Splunk Light 7.3
Splunk Analytics for Hadoop 7.3
Splunk Core 7.3

### Date

Date of Creation:
2019

Date of Publication:
2019-06-04

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 270 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

## Description

Description:
Electronic Deposit.

## Notes

Nation of First Publication:
United States

## Names

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

Registration record TX0008823041
Splunk Enterprise 8.0.0.

## Copyright Data

Registration Number / Date:
TX0008823041 / 2019-11-06

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 8.0.0.

Application Title:
Splunk Enterprise 8.0.0.

Alternative Title on Application:
Splunk Analytics for Hadoop 8.0.0
Splunk Core 8.0.0
Splunk Light 8.0.0

## Date

Date of Creation:
2019

Date of Publication:
2019-10-21

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 270 Brannan Street, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

## Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

**Description**

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0009154003
## Splunk Enterprise 8.1.0.

### Copyright Data

Registration Number / Date:
TX0009154003 / 2022-08-08

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 8.1.0.

Application Title:
Splunk Enterprise 8.1.0.

Alternative Title on Application:
Splunk Cloud SDK
Splunk Cloud Platform API Collection

### Date

Date of Creation:
2020

Date of Publication:
2020-10-19

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 270 Brannan Street, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States. employer for hire; Authorship: computer program.

### Claim Description

Basis of Claim:
New and revised computer code.

Rights and Permissions:
Splunk Inc., 270 Brannan Street, San Francisco, CA, 94107, United States

Pre-existing Material:

computer program, Open Source software and purchased software.

## Description

Description:
Electronic file (eService)

## Notes

Nation of First Publication:
United States

## Names

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record TX0009154008
# Splunk Enterprise 8.2.0.

## Copyright Data

Registration Number / Date:
TX0009154008 / 2022-08-08

Type of Work:
Computer Files

## Title

Title:
Splunk Enterprise 8.2.0.

Application Title:
Splunk Enterprise 8.2.0.

Alternative Title on Application:
Splunk Cloud SDK
Splunk Cloud Platform API Collection

## Date

Date of Creation:
2021

Date of Publication:
2021-05-12

## Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 270 Brannan Street, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States. employer for hire; Authorship: computer program.

## Claim Description

Basis of Claim:
New and revised computer code.

Rights and Permissions:
Splunk Inc., 270 Brannan Street, San Francisco, CA, 94107, United States

Pre-existing Material:

computer program, Open Source software and purchased software.

## Description

Description:
Electronic file (eService)

## Notes

Nation of First Publication:
United States

## Names

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0009154016
## Splunk Enterprise 9.0.0.

### Copyright Data

Registration Number / Date:
TX0009154016 / 2022-08-08

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 9.0.0.

Application Title:
Splunk Enterprise 9.0.0.

Alternative Title on Application:
Splunk Cloud SDK
Splunk Cloud Platform API Collection

### Date

Date of Creation:
2022

Date of Publication:
2022-06-14

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 270 Brannan Street, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States. employer for hire; Authorship: computer program.

### Claim Description

Basis of Claim:
New and revised computer code.

Rights and Permissions:
Splunk Inc., 270 Brannan Street, San Francisco, CA, 94107, United States

Pre-existing Material:

computer program, Open Source software and purchased software.

## Description

Description:
Electronic file (eService)

## Notes

Nation of First Publication:
United States

## Names

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

## Registration record TX0008545897
## Splunk Enterprise 7.0.

### Copyright Data

Registration Number / Date:
TX0008545897 / 2017-11-30

Type of Work:
Computer Files

### Title

Title:
Splunk Enterprise 7.0.

Application Title:
Splunk Enterprise 7.0.

Alternative Title on Application:
Splunk Light 7.0
Splunk Analytics for Hadoop 7.0

### Date

Date of Creation:
2017

Date of Publication:
2017-09-26

### Concerned Parties

Copyright Claimant:
Splunk Inc. Address: 270 Brannan Street, 1st Floor, San Francisco, CA, 94107, United States.

Authorship on Application:
Splunk Inc., Domicile: United States; employer for hire; Citizenship: United States. Authorship: computer program.

### Claim Description

Basis of Claim:
computer program.

Pre-existing Material:
computer program, open source code.

**Description**

Description:
Electronic file (eService)

**Notes**

Nation of First Publication:
United States

**Names**

Names:
Splunk Inc.

---

Unsubscribe from CPRS emails

Accidentally unsubscribed? Undo here

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). This pilot does not replace or supersede the online public catalog or existing search practices established by the Copyright Office, and this material should not be relied on for legal matters. For official public catalog information, please visit the Copyright Public Catalog located at http://cocatalog.loc.gov. For information on searching copyright records, please refer to Circular 22 "How to Investigate the Copyright Status of a Work."

```
Type of Work:        Computer File

Registration Number / Date:
                     TXu002335442 / 2022-09-21

Application Title: Splunk Enterprise S2S Tool.

Title:               Splunk Enterprise S2S Tool.

Description:         Electronic Deposit.

Copyright Claimant:
                     Splunk Inc.

Date of Creation:   2011

Authorship on Application:
                     Splunk Inc., employer for hire; Domicile: United States.
                       Authorship: computer program.

Names:               Splunk Inc.

================================================================================
```