QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Tigran Guledjian (Bar No. 207613)
tigranguledjian@quinnemanuel.com
Christopher A. Mathews (Bar No. 144021)
chrismathews@quinnemanuel.com
Valerie Roddy (Bar No. 235163)
valerieroddy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendant/Counterclaimant
Cribl, Inc. and Defendant Clint Sharp*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPLUNK INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRIBL, INC., et al., <br><br> Defendants. | Case No. 22-cv-07611-WHA <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| CRIBL, INC. <br><br> Counterclaimant, <br><br> vs. <br><br> SPLUNK INC., <br><br> Counter-Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's Order granting Defendant and Counterclaimant Cribl, Inc. ("Cribl") Stipulated Motion for Administrative Relief for Leave to File a Notice of Supplemental Authority ("Notice") (ECF. No. 64) in support of its Opposition to Plaintiff and Counter-Defendant Splunk Inc.'s ("Splunk") Motion to Amend Complaint (ECF. No. 61), Cribl hereby provides notice of the following recent decision from the United States Court of Appeals for the Federal Circuit: *Sanderling Management Ltd. v. Snap Inc.*, Case No. 2021-2173 (Fed. Cir. Apr. 12, 2023), a true and correct copy of which is attached hereto as Exhibit 1.

DATED: April 28, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Tigran Guledjian*
Tigran Guledjian
*Attorneys for Cribl, Inc. and Clint Sharp*