Frank E. Scherkenbach (CA SBN 142549)
scherkenbach@fr.com
Andrew G. Pearson (*Pro Hac Vice*)
pearson@fr.com
Adam Kessel (*Pro Hac Vice*)
kessel@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Olivia T. Nguyen (CA SBN 337927)
onguyen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

*Additional counsel on signature page.*

*Counsel for Plaintiff-Counter-Defendant
SPLUNK INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SPLUNK INC.,<br><br>  Plaintiff,<br>vs.<br><br>CRIBL, INC., et al.,<br><br>  Defendants. | Case No. 22-cv-07611-WHA<br><br>**STIPULATION RE: DISMISSAL OF CLAIMS AND SIMPLIFICATION OF TRIAL PRESENTATION**<br><br>Judge:   The Hon. William H. Alsup<br><br>Courtroom: 12, 19th Floor |
| CRIBL, INC.,<br><br>  Counterclaimant,<br>vs.<br><br>SPLUNK INC.,<br><br>  Counter-Defendant. | |

**STIPULATION**

WHEREAS, Splunk Inc. (Splunk") has alleged various claims, including but not limited to copyright infringement claims, against Cribl, Inc. ("Cribl") and Mr. Clint Sharp ("Mr. Sharp");

WHEREAS, Splunk's Complaint alleges that it owns 35 copyright registrations covering Splunk Enterprise and related technologies, ECF No. 1 (Compl.) ¶ 21 and Ex. A;

WHEREAS, in Count VI of the Complaint ("Copyright Infringement Pursuant to 17 U.S.C. § 501, *et seq.* (S2S v3 Source Code) by Cribl and Clint Sharp)," Splunk alleges that Cribl and Mr. Sharp violated the Copyright Act by copying and creating derivatives of Splunk's "S2S" code, *id.* ¶¶ 265-272;

WHEREAS, in Count VIII of the Complaint ("Copyright Infringement Pursuant to 17 U.S.C. § 501, *et seq.* (Splunk Enterprise) by Cribl)," Splunk accuses Cribl of copyright infringement pursuant to 17 U.S.C. § 501 *et seq.* of the 35 copyrighted works listed in Paragraph 1 and Ex. A of the Complaint, *id.*, ¶¶ 281–289;

WHEREAS, in Count IX of the Complaint ("Violation of the Digital Millennium Copyright Act [DMCA] Pursuant to 17 U.S.C. § 1202 (Copyright Management Information) by Clint Sharp)," Splunk alleges that Mr. Sharp "violated the [DMCA] by knowingly providing and distributing copyright management information ('CMI') that is false, with the intent to induce, enable, facilitate, or conceal copyright infringement, in violation of 17 U.S.C. § 1202(a)(1)-(2)," Compl. ¶¶ 291-299; and

WHEREAS, the parties wish to streamline the remaining fact and expert discovery process as well as the ultimate presentation of claims and defenses to the Court and to the jury;

1. Splunk hereby dismisses with prejudice Count VI and Count IX of its Complaint (ECF No. 1). Splunk shall file all necessary documents with the above-captioned Court to (i) obtain Mr. Sharp's complete dismissal from this lawsuit; and (ii) obtain complete dismissal with prejudice of Count VI of Splunk's Complaint.

2. With respect to Count VIII of Splunk's Complaint, Splunk and Cribl ("the Parties") agree:

a. Cribl will not dispute (for purposes of this litigation only) the validity of Splunk's copyright registration in Splunk Enterprise 9.0.0, with registration number TX 9-154-016 (for the avoidance of doubt, Splunk must still establish these facts before the appropriate trier of fact);

b. the Parties will deem this copyright registration as covering the entire Splunk Enterprise application, without regard to the differences between version 9.0.0 of that registration and prior or later versions (subject to the other provisions of this stipulation) for the purposes of litigating Count VIII in this case;

c. neither party will advance any claim or defense (or otherwise present arguments to the Court or the jury) relating to Count VIII that is particular to any specific version of Splunk Enterprise;

d. for avoidance of doubt, this means that the parties' arguments (to the Court or the jury) concerning Count VIII will refer to infringement or noninfringement of "Splunk Enterprise" as opposed to a particular version of Splunk Enterprise;

e. furthermore, neither party will present arguments to the Court or to the jury that Splunk's aforementioned copyright registration (TX 9-154-016) corresponds to a particular version of Splunk Enterprise—*i.e.*, Splunk will not argue to the Court or to the jury concerning a copyright registration in "Splunk Enterprise 9.0.0," but rather to a copyright registration in "Splunk Enterprise";

f. a finding of either infringement or noninfringement related to executable Splunk Enterprise software used by Cribl will be deemed as infringement or noninfringement of the copyrighted work corresponding to Splunk Enterprise 9.0.0 (Reg. No. TX 9-154-016), without the need for either party to separately establish the same for each such other version;

|   |   |   |
|---|---|---|
| | g. | for the avoidance of doubt, (i) Cribl will be permitted to raise defenses (including its fair use defense) based on the date that a particular feature was first available, regardless of whether that feature is present in Splunk Enterprise 9.0.0; (ii) the parties may raise arguments related to damages and/or injunctive relief based on the date that a particular feature was first available, regardless of whether that feature is present in Splunk Enterprise 9.0.0; (iii) no party will argue to the Court or the jury based on the stipulation in subparagraph (f) above alone that a particular use involved a particular feature set (*i.e.*, they must have some other good faith basis in fact to make such an argument); and (iv) for counts other than Count VIII, Cribl may advance defenses that are particular to a specific version of Splunk Enterprise; |
| | h. | except as set forth in paragraph 2(g), *supra*, any theory of damages or injunctive relief advanced by either party concerning copyright infringement of the Splunk Enterprise executable software will be deemed to apply to all versions of Splunk Enterprise used by Cribl, without the need for either party to offer separate evidence or argument for any of those other versions; and |
| | i. | the parties otherwise reserve all claims and defenses concerning Count VIII of Splunk's Complaint. |
| 3. | | Except as explained in this paragraph, neither of the Parties will advance any evidence or argument relating to any code in Clint Sharp's GitHub repository (including go-s2s) or any Eventgen code.  Notwithstanding this restriction, Cribl may introduce evidence that during Ledion Bitincka's development of Cribl's initial S2S integration incorporated into Cribl's LogStream product, Mr. Bitincka considered code available online (without referencing Eventgen).  Cribl may not, however, introduce evidence or argument that the online code Mr. Bitincka considered came from, or was authorized by, Splunk.  Cribl may not argue that Mr. Bitincka's development of Cribl's initial S2S integration incorporated into Cribl's LogStream |

product was based primarily upon any code available online.  Splunk may not argue that such reference to code available online was improper.  Cribl may also introduce evidence solely in defense of Splunk's DMCA claim that, by June 1, 2018, a Splunk code file showing use of the phrase "splunk-cooked-mode-v2" was publicly available online in a code repository containing an open source license (without referencing Eventgen).

4. This stipulation shall not be referenced in front of any jury or entered into evidence at trial but may be presented to the Court in pre-trial proceedings.

DATED: December 4, 2023

| By: */s/ Andrew G. Pearson* | By: */s/ Tigran Guledjian* |
|---|---|
| FISH & RICHARDSON P.C. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Frank E. Scherkenbach (CA SBN 142549) | |
| scherkenbach@fr.com | Michael T. Zeller (Bar No. 196417) |
| Andrew G. Pearson (*Pro Hac Vice*) | *michaelzeller@quinnemanuel.com* |
| pearson@fr.com | Tigran Guledjian (Bar No. 207613) |
| Adam Kessel (*Pro Hac Vice*) | *tigranguledjian@quinnemanuel.com* |
| kessel@fr.com | Christopher A. Mathews (Bar No. 144021) |
| Kevin Su (*Pro Hac Vice*) | *chrismathews@quinnemanuel.com* |
| su@fr.com | Valerie Roddy (Bar No. 235163) |
| Ethan J. Rubin *(Pro Hac Vice)* | *valerieroddy@quinnemanuel.com* |
| erubin@fr.com | Jordan Kaericher (Bar No. 265953) |
| Kayleigh E. McGlynn (*Pro Hac Vice*) | *jordankaericher@quinnemanuel.com* |
| mcglynn@fr.com | Nima Hefazi (Bar No. 272816) |
| Daniel H. Wade (*Pro Hac Vice*) | *nimahefazi@quinnemanuel.com* |
| wade@fr.com | Marie Hayrapetian (Bar No. 315797) |
| One Marina Park Drive | *mariehayrapetian@quinnemanuel.com* |
| Boston, MA 02210 | Scott Schlafer (Bar No. 335708) |
| Telephone: (617) 542-5070 | *scottschlafer@quinnemanuel.com* |
| Facsimile: (617) 542-8906 | Sara R. Miller (Bar No. 348383) |
| | *saramiller@quinnemanuel.com* |
| FISH & RICHARDSON P.C. | Joshua Courtney (Bar No. 348416) |
| Olivia T. Nguyen (CA SBN 337927) | *joshuacourtney@quinnemanuel.com* |
| onguyen@fr.com | Melissa Hurtado (Bar No. 348809) |
| 500 Arguello Street, Suite 400 | *melissahurtado@quinnemanuel.com* |
| Redwood City, CA 94063 | 865 South Figueroa Street, 10th Floor |
| Telephone: (650) 839-5070 | Los Angeles, California 90017-2543 |
| Facsimile: (650) 839-5071 | Telephone:    (213) 443 3000 |
| | Facsimile:     (213) 443 3100 |
| Joseph Warden (*Pro Hac Vice*) | |
| warden@fr.com | *Attorneys for Defendant and Counterclaimant* |
| **FISH & RICHARDSON P.C.** | *Cribl, Inc. and Defendant Clint Sharp* |
| 222 Delaware Ave., 17th Floor | |
| Wilmington, DE 19801 | |
| Telephone: (302) 652-5070 | |
| Facsimile (302) 652-0607 | |

*Attorneys for Plaintiff and Counterdefendant Splunk Inc.*

**Additional Counsel:**

Kevin Su (*Pro Hac Vice*)
su@fr.com
Ethan J. Rubin *(Pro Hac Vice)*
erubin@fr.com

1 | Kayleigh E. McGlynn (*Pro Hac Vice*)
mcglynn@fr.com
2 | Daniel H. Wade (*Pro Hac Vice*)
wade@fr.com
3 | **FISH & RICHARDSON P.C.**
One Marina Park Drive
4 | Boston, MA 02210
Telephone: (617) 542-5070
5 | Facsimile: (617) 542-8906

6 | Joseph Warden (*Pro Hac Vice*)
warden@fr.com
7 | **FISH & RICHARDSON P.C.**
222 Delaware Ave., 17th Floor
8 | Wilmington, DE 19801
Telephone: (302) 652-5070
9 | Facsimile (302) 652-0607

10 | Counsel for Plaintiff-Counter-Defendant
SPLUNK INC.

-6- Case No. 22-cv-07611-WHA
STIPULATION RE: DISMISSAL OF CLAIMS AND SIMPLIFICATION OF TRIAL PRESENTATION