UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPLUNK INC.,

    Plaintiff,

    v.

CRIBL, INC.,

    Defendant.

**ORDER FOR JURY MEALS DURING DELIBERATIONS**

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

**IT IS SO ORDERED.**

Dated: April 16, 2024

_____
WILLIAM ALSUP
United States District Judge