UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPLUNK INC.,

    Plaintiff,

v.

CRIBL, INC.,

    Defendant.

No. C 22-07611 WHA

**SPECIAL VERDICT FORM FOR SECOND PHASE**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form and all of my instructions to you. Your answer to each question must be unanimous.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of law as our verdict in this case.

(1A)  Has Splunk proven, by a preponderance of the evidence, that Cribl, through Sunny Choi, infringed Splunk's copyright on Splunk Enterprise software?

      Yes _____   No _____

(1B)  Has Splunk proven, by a preponderance of the evidence, that Cribl otherwise infringed Splunk's copyright on Splunk Enterprise software?

Yes _____    No _____

If you have answered "Yes" to Question 1A or Question 1B, proceed to Question 2.  If not, proceed to Question 3.

(2)  Has Splunk proven, by a preponderance of the evidence, that any copyright infringement by Cribl was willful?

Yes _____    No _____

(3)  Has Splunk proven, by a preponderance of the evidence, that it performed under the TAP contract substantially all of the things that the TAP contract required of Splunk or that Splunk was excused from such performance?

Yes _____    No _____

(4)  Has Splunk proven, by a preponderance of the evidence, that Cribl breached the TAP contract?

Yes _____    No _____

(5)  Has Splunk proven, by a preponderance of the evidence, that Cribl breached the SGT contract?

Yes _____    No _____

(6) If you have answered "Yes" to any of the above, what damages, if any, has Splunk proven by a preponderance of the evidence as a result of infringement and/or breach?

$ _____

## SPECIAL INTERROGATORIES

To help the judge on other issues in the case:

(A) Prior to the termination of the TAP contract in November 2021, had Cribl "become a competitor of" Splunk so as to allow the termination of the TAP contract under Section 6.3(b)?

Yes _____    No _____

(B) Prior to the termination of the TAP contract in November 2021, had Cribl breached its confidentiality obligations under the TAP contract or infringe or misappropriate Splunk's intellectual property rights so as to allow the termination of the TAP contract under Section 6.3(c)?

Yes _____    No _____

(C) Prior to the termination of the TAP contract in November 2021, had Splunk honored Section 5.3 of the TAP contract regarding competitive application in terminating Cribl?

Yes _____    No _____

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the Verdict Form in the spaces below, and notify the courtroom deputy clerk that you have reached a verdict. The foreperson should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

Dated: _____, 2024.        By: _____.
                                                                                Foreperson