UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPLUNK INC.,

    Plaintiff,

v.

CRIBL, INC.,

    Defendant.

No. C 22-07611 WHA

**SPECIAL VERDICT FORM FOR FIRST PHASE**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form and all of my instructions to you. Your answer to each question must be unanimous.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of law as our verdict in this case.

(1) Could Cribl viably interoperate with Splunk forwarders and indexers without reverse engineering the S2S protocol?

    Yes _____     No __✓__

(2) Was reverse engineering the only means for Cribl to determine the S2S protocol?

    Yes __✓__     No _____

(3) Was Cribl receiving data from a Splunk forwarder with "raw" or "syslog" a viable alternative to Cribl using the S2S protocol?

Yes \_\_\_\_\_  No ✓

(4) Was Cribl using the HEC protocol, with or without a third-party forwarder, a viable alternative to Cribl using the S2S protocol?

Yes \_\_\_\_\_  No ✓

(5) Would Splunk have earned more money had Cribl not copied and used Splunk Enterprise?

unknown ✓

Yes \_\_\_\_\_  No \_\_\_\_\_

(6) Did the public benefit from Cribl's copying and use of Splunk Enterprise?

Yes ✓  No \_\_\_\_\_

(7) Was Cribl's S2S capability in its software a transformative use resulting from its copying and use of Splunk Enterprise?

Yes ✓  No \_\_\_\_\_

2

If you wish to provide explanation for any of your answers, you may do so below, but it is not required:

_____
_____
_____
_____
_____
_____
_____

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the Verdict Form in the spaces below, and notify the courtroom deputy clerk that you have reached a verdict. The foreperson should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

Dated: __4/17__, 2024.   By: __8:55 am__.
                                                          Foreperson

*/s/ Vicki Dilland/*