UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPLUNK INC.,

        Plaintiff,

v.

CRIBL, INC.,

        Defendant.

No. C 22-07611 WHA

**ORDER RE LETTER BRIEF AND POST-TRIAL BRIEFING SCHEDULE**

The Court has reviewed the parties' joint letter brief regarding the April 5 order on press and blogs (Dkt. No. 339; *see* Dkt. No. 258). Because trial is now over, that order is now **VACATED**.

In addition, the parties shall submit the promised schedule for post-trial briefing by noon today or the judge will issue his own.

**IT IS SO ORDERED.**

Dated: April 23, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE