| | |
|---|---|
| Frank E. Scherkenbach (CA SBN 142549)<br>*scherkenbach@fr.com*<br>Andrew G. Pearson (*Pro Hac Vice*)<br>*pearson@fr.com*<br>Adam J. Kessel (*Pro Hac Vice*)<br>*kessel@fr.com*<br>**FISH & RICHARDSON P.C.**<br>One Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Facsimile:  (617) 542-8906<br><br>Michael R. Headley (CA SBN 220834)<br>*headley@fr.com*<br>Olivia T. Nguyen (CA SBN 337927)<br>*onguyen@fr.com*<br>**FISH & RICHARDSON P.C.**<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>*Additional Counsel on signature page.*<br><br>Counsel for Plaintiff-Counter-Defendant<br>SPLUNK INC. | Tigran Guledjian (Bar No. 207613)<br>*tigranguledjian@quinnemanuel.com*<br>Christopher A. Mathews (Bar No. 144021)<br>*chrismathews@quinnemanuel.com*<br>Valerie Roddy (Bar No. 235163)<br>*valerieroddy@quinnemanuel.com*<br>Scott Florance (Bar No. 227512)<br>*scottflorance@quinnemanuel.com*<br>Jordan Kaericher (Bar No. 265953)<br>*jordankaericher@quinnemanuel.com*<br>Nima Hefazi (Bar No. 272816)<br>*nimahefazi@quinnemanuel.com*<br>**QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile:  (213) 443-3100<br><br>*Additional Counsel on signature page.*<br><br>Counsel for Defendant-Counterclaimant<br>CRIBL, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SPLUNK INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CRIBL, INC.,<br><br>　　　　　Defendant.<br><br>CRIBL, INC.,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>SPLUNK INC.,<br><br>　　　　　Counter-Defendant. | Case No. 3:22-cv-07611-WHA<br><br>**JURY TRIAL DEMANDED**<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING SCHEDULE FOR CLAIMS, COUNTERCLAIMS, AND AFFIRMATIVE DEFENSES NOT RESOLVED BY THE JURY**<br><br>Judge: William H. Alsup<br>Courtroom: 12<br>Hearing Date: May 8, 2024 at 8:00 a.m. |

Splunk Inc. ("Splunk") and Cribl, Inc. ("Cribl") hereby stipulate and agree to the following deadlines for opening and responsive briefs on claims, counterclaims, and affirmative defenses not resolved by the jury prior to the Wednesday, May 8, 2024 hearing:

- Opening Briefs: Due April 29, 2024, at noon Pacific Time
- Responsive Briefs: Due May 6, 2024 at noon Pacific Time

Dated: April 23, 2024                    FISH & RICHARDSON P.C.

                                         By: /s/ Andrew G. Pearson
                                             Andrew G. Pearson

                                         Counsel for Plaintiff-Counter-Defendant
                                         SPLUNK INC.

Dated: April 23, 2024                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                         By: /s/ Tigran Guledjian
                                             Tigran Guledjian

                                         Counsel for Defendant-Counterclaimant
                                         CRIBL, INC.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant-Counterclaimant Cribl, Inc.

Dated: April 23, 2024                    FISH & RICHARDSON P.C.

                                         By: /s/ Andrew G. Pearson
                                             Andrew G. Pearson

                                         Counsel for Plaintiff-Counter-Defendant
                                         SPLUNK INC.

| | |
|---|---|
| *Additional Counsel:* | *Additional Counsel:* |
| Kevin Su (Pro Hac Vice)<br>*su@fr.com*<br>Chet Campbell (Pro Hac Vice)<br>*cycampbell@fr.com*<br>Ethan J. Rubin (Pro Hac Vice)<br>*erubin@fr.com*<br>Kayleigh E. McGlynn (Pro Hac Vice)<br>*mcglynn@fr.com*<br>Daniel H. Wade (Pro Hac Vice)<br>*wade@fr.com*<br>**FISH & RICHARDSON P.C.**<br>One Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Facsimile:  (617) 542-8906<br><br>Joseph Warden (Pro Hac Vice)<br>*warden@fr.com*<br>**FISH & RICHARDSON P.C.**<br>222 Delaware Ave., 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-5070<br>Facsimile:  (302) 652-0607<br><br>Counsel for Plaintiff-Counter-Defendant SPLUNK INC. | Michael T. Zeller (Bar No. 196417)<br>*michaelzeller@quinnemanuel.com*<br>Marie Hayrapetian (Bar No. 315797)<br>*mariehayrapetian@quinnemanuel.com*<br>Scott Schlafer (Bar No. 335708)<br>*scottschlafer@quinnemanuel.com*<br>Sara R. Miller (Bar No. 348383)<br>*saramiller@quinnemanuel.com*<br>Joshua Courtney (CA SBN 348416)<br>*joshuacourtney@quinnemanuel.com*<br>Melissa Hurtado (Bar No. 348809)<br>*melissahurtado@quinnemanuel.com*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile:  (213) 443 3100<br><br>Jocelyn Ma (Bar No. 319878)<br>*jocelynma@quinnemanuel.com*<br>Evan Kennedy Larson (Bar No. 337984)<br>*evanlarson@quinnemanuel.com*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Christopher Smith (*Pro Hac Vice*)<br>*christophersmith@quinnemanuel.com*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>1109 First Avenue, Suite 210<br>Seattle, WA 98101<br>Telephone: (206) 905-7000<br>Facsimile: (206) 905-7100<br><br>Brian Cannon (Bar No. 193071)<br>*briancannon@quinnemanuel.com*<br>Margaret Shyr (Bar No. 300253)<br>*margaretshyr@quinnemanuel.com*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Counsel for Defendant-Counterclaimant
CRIBL, INC.

**[~~PROPOSED~~] ORDER**

Before the Court is the parties' Joint Stipulation Regarding Schedule for Claims, Counterclaims, and Affirmative Defenses Not Resolved By the Jury.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  **April 24, 2024**

_____
The Honorable William H. Alsup
UNITED STATES DISTRICT JUDGE