**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SPLUNK INC., | Case No. 3:22-cv-07611-WHA |
| Plaintiff, | **[PROPOSED] ORDER ON PERMANENT INJUNCTION** |
| v. | **JURY TRIAL DEMANDED** |
| CRIBL, INC., | |
| Defendant. | |
| CRIBL, INC., | |
| Counterclaimant, | |
| v. | |
| SPLUNK INC., | |
| Counter-Defendant. | |

1  Splunk Inc. and Cribl, Inc. submit the following joint submission pursuant to their stipulation and the Court's Order dated August 2, 2024. Dkts. 389, 390. The parties make this proposed submission in light of the Court's rulings to date, but the parties reserve their rights to dispute the substance of those rulings and their interpretation, and neither party will argue that this joint submission constitutes an admission or waiver by any party, including as to the substance or interpretation of the Court's decisions in this case. Each party retains full rights to challenge any adverse orders, verdicts, or judgments entered in this case by means of otherwise available post-judgment and appellate proceedings, and this joint submission does not reflect any concessions from either party regarding agreement with any such orders, verdicts, including this stipulated injunction, or judgments, including as set forth in the Court's Order Concerning Injunctive Relief (Dkt. 373) and the Court's Memorandum Opinion on Fair Use (Dkt. 372). Further, in offering this joint submission, neither party waives any position, issue, or right of appeal as to any rulings or verdicts entered in this case.

\* \* \*

In view of the Court's Order Re remaining Claims and Defenses, and Injunctive Relief (Dkt. 373), and the Court's Memorandum Opinion on Fair Use (Dkt. 372), the Court enters the following further Order:

1. Cribl, Inc. and its successors, assigns, officers, agents, servants, employees, attorneys, and persons in active concert or participation with them (including any affiliated entities) (hereinafter collectively referred to as "Cribl"), during the period commencing on the date this Order is entered and continuing for so long as this Order is in effect, are hereby enjoined from making any use of Splunk Enterprise that is not:

(i) permitted under the version of the Splunk General Terms applicable to said instance of Splunk Enterprise, or

(ii)

| Splunk's proposed language for ¶ 1(ii): | Cribl's proposed language for ¶ 1(ii): |
|---|---|
| a fair use under the Copyright Act consistent with this Court's Memorandum Opinion on Fair Use (Dkt. No. 372), *i.e.*, "copying and uses of the Splunk Enterprise copyrighted software for the purpose of reverse engineering the uncopyrighted S2S protocol," and "copying and uses of the Splunk Enterprise copyrighted software for the purposes of testing and troubleshooting Cribl [Stream] for interoperating with Splunk Enterprise" to the extent "needed to . . . use the S2S protocol to viably interoperate Cribl Stream with Splunk Enterprise." Dkt. No. 372 at 1, 6; *see also id.* at 9 (holding that certain copying of Splunk Enterprise was not a fair use when it was "not necessary for Cribl to access Splunk Enterprise's functional elements and to develop its own interoperable, compatible software with its own distinct purpose."). | a fair use under the Copyright Act consistent with this Court's Memorandum Opinion on Fair Use (Dkt. No. 372), *i.e.*, "copying and uses of the Splunk Enterprise copyrighted software for the purpose of reverse engineering the uncopyrighted S2S protocol," and "copying and uses of the Splunk Enterprise copyrighted software for the purposes of testing and troubleshooting Cribl software for interoperating with Splunk Enterprise." Dkt. No. 372 at 1. |

2. Effective immediately and continuing for so long as this Order is in effect, Cribl must comply with the following provisions related to its use of Splunk Enterprise:

    a) Cribl shall log, for each download of Splunk Enterprise (whether from splunk.com, Docker, or a different source):

        i.    each time it executes that downloaded copy of Splunk Enterprise, including the version of Splunk Enterprise executed;

        ii.   any employee(s) and/or contractor(s) involved in each such download and/or execution,

        iii.  the date of each such download and/or execution, and

        iv.  the purpose of each such download and/or execution.

b) Cribl shall retain all testing or troubleshooting scripts and related tickets (*e.g.*, Jira or Confluence tickets), and, solely to the extent necessary to document any additional purpose of the download and/or execution that is not reflected in testing or troubleshooting scripts or tickets, other materials that correspond to each such download and/or execution, and shall do so in a manner that permits the other materials to be associated with the logged entries specified in Paragraph 2(a), so that these materials can be inspected by outside counsel for Splunk and Cisco Systems, Inc. on an Highly Confidential—Attorneys' Eyes Only basis pursuant to the Protective Order issued in this litigation.   For the avoidance of doubt, in-house counsel at Splunk and Cisco Systems, Inc. shall have no access to the log or materials produced.

c) Cribl must produce to outside counsel for Splunk and Cisco Systems, Inc. the logs specified in Paragraph 2(a), and the materials specified in Paragraph 2(b), on a calendar quarterly basis.  For the avoidance of doubt, Cribl is under no obligation to produce cumulative documentation unless it reflects some additional purpose of a download and/or execution not already documented in the log or testing scripts, troubleshooting tickets, or other materials produced by Cribl to comply with this section. Said log and materials shall be produced within sixty (60) days after the close of the corresponding quarter.  For the avoidance of doubt, in-house counsel at Splunk and Cisco Systems, Inc. shall have no access to the log or materials produced.

d) Once per calendar year, at Splunk's option, Splunk may conduct a deposition concerning Cribl's uses of Splunk Enterprise not to exceed four hours.  Cribl shall

designate at least one employee knowledgeable about each logged use of Splunk Enterprise to sit for this deposition. Splunk may seek leave of Court for an additional deposition upon a showing of good cause. Any such deposition shall be strictly limited in substantive scope to Cribl's compliance with this injunction in using Splunk Enterprise following the entry of this injunction and, to the extent prior depositions have been conducted pursuant to this provision, following the last reporting period before the last deposition.

3. *[The parties were not able to meaningfully narrow their disputes as to the following paragraph of the proposed injunction, and so submit separate versions of this paragraph]:* To provide further clarity, as relates to Cribl's uses of Splunk Enterprise that were the subject of the trial in this litigation:

a. <u>Reverse Engineering</u>:

| Splunk's proposed language for ¶ 3(a): | Cribl's proposed language for ¶ 3(a): |
|---|---|
| This Order does not enjoin Cribl from reverse engineering Splunk Enterprise, or using Splunk Enterprise to perform reverse engineering, solely to the extent that said reverse engineering is "needed to . . . use the S2S protocol to viably interoperate Cribl Stream with Splunk Enterprise" (Dkt. No. 372 at 6)—*i.e.*, to determine the "set of rules for formatting and processing data" pursuant to Splunk's S2S protocol.  Dkt. 372 at 2:16-17. | This Order does not enjoin Cribl from reverse engineering Splunk Enterprise, or using Splunk Enterprise to perform reverse engineering, to the extent that said reverse engineering is necessary for the purpose of enabling interoperability with Splunk Enterprise via an unpublished protocol (such as S2S), or to ascertain the details of Splunk Enterprise's use of a published protocol (such as HEC) where it reasonably appears that the published "set of rules for formatting and processing data" does not reflect Enterprise's actual implementation of the protocol. |

b.  <u>Testing:</u>

| Splunk's proposed language for ¶ 3(b): | Cribl's proposed language for ¶ 3(b): |
|---|---|
| This Order does not enjoin Cribl from using Splunk Enterprise to perform testing that is "needed to . . . use the S2S protocol to viably interoperate Cribl Stream with Splunk Enterprise" (Dkt. No. 372 at 6)—*i.e.*, testing to ensure that Cribl Stream implements the "set of rules for formatting and processing data" pursuant to the S2S protocol. Cribl is enjoined from testing Splunk Enterprise, or using Splunk Enterprise for testing other software (including but not limited to Cribl's own software), other than as necessary for Cribl Stream to interoperate with Splunk Enterprise pursuant to the S2S protocol. For example, Cribl is enjoined from using Splunk Enterprise for performance testing or benchmarking of its software or Splunk Enterprise. | This Order does not enjoin Cribl from using Splunk Enterprise to perform testing for the purpose of ensuring that its software interoperates with Splunk Enterprise, *i.e.*, testing to ensure that Cribl's software implements the set of rules for formatting and processing data pursuant to any protocol that can be used to interoperate with Splunk Enterprise. Cribl is enjoined from testing Splunk Enterprise, or using Splunk Enterprise for testing other software (including but not limited to Cribl's own software), other than to ensure that Cribl's software reliably interoperates with Splunk Enterprise. |

c.  <u>Troubleshooting:</u>

| Splunk's proposed language for ¶ 3(c): | Cribl's proposed language for ¶ 3(c): |
|---|---|
| This Order does not enjoin Cribl from using Splunk Enterprise to troubleshoot customer problems with Cribl Stream that Cribl has first reasonably determined are due to Cribl's | This Order does not enjoin Cribl from using Splunk Enterprise to troubleshoot customer problems with using Cribl software to receive |

| | |
|---|---|
| or Splunk's implementation of the "set of rules for formatting and processing data" pursuant to the S2S protocol, to the extent "needed to . . . use the S2S protocol to viably interoperate Cribl Stream with Splunk Enterprise." Dkt. No. 372 at 6.  Cribl is enjoined from using Splunk Enterprise for any other troubleshooting.  For example, Cribl is enjoined from using Splunk Enterprise to reproduce customer problems with Cribl Stream other than those problems that Cribl has first determined are due to Cribl's or Splunk's implementation of the S2S protocol. | data from, or send data to, Splunk Enterprise software. |

      d.    <u>Marketing and other uses</u>:

| **Splunk's proposed language for ¶ 3(d):** | **Cribl's proposed language for ¶ 3(d):** |
|---|---|
| Cribl is enjoined from any other uses of Splunk Enterprise, including for marketing or training purposes.  *See* Dkt. No. 373 at 9 ("this order finds that the appropriate course is to allow Cribl to continue using the Splunk Enterprise copyrighted software for all fair uses under the Copyright Act but to enjoin Cribl from other uses, including uses for marketing purposes"). | Cribl is enjoined from uses of Splunk Enterprise in connection with marketing Cribl's software to third parties or the public at large. This Order does not preclude Cribl from otherwise using the Splunk Enterprise copyrighted software for all fair uses under the Copyright Act or from assisting or directing customers regarding the use of their own copies of Splunk Enterprise. |

**IT IS SO ORDERED.**

Dated: _____   _____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE