GIBSON, DUNN & CRUTCHER LLP
THOMAS G. HUNGAR (pro hac vice)
 thungar@gibsondunn.com
HOWARD S. HOGAN (pro hac vice)
 hhogan@gibsondunn.com
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5306
Telephone: 202.887.3784

GIBSON, DUNN & CRUTCHER LLP
BLAINE H. EVANSON, SBN 254338
 bevanson@gibsondunn.com
CASEY J. MCCRACKEN, SBN 271202
 cmccracken@gibsondunn.com
MARCUS CURTIS, SBN 307726
 mcurtis@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949.451.3800

*Attorneys for Plaintiff Splunk Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPLUNK INC., <br><br> Plaintiff, <br><br> v. <br><br> CRIBL, INC., <br><br> Defendant. | Case No. 3:22-cv-07611-WHA <br><br> **PLAINTIFF'S NOTICE OF APPEAL** <br><br> Hon. William Alsup |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff Splunk Inc. ("Splunk") hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's judgment entered on August 23, 2024 (Dkt. 395), from the Court's order entering permanent injunction on August 14, 2024 (Dkt. 392), from the Court's December 31, 2025 order denying Splunk's renewed motion for judgment as a matter of law under Rule 50(b) or, in the alternative, for a new trial under Rule 59 (Dkt. 413), and from all adverse rulings, orders, decisions, and opinions leading to and merged in the final judgment, including the Court's March 17, 2023 order dismissing Splunk's claims for willful and indirect patent infringement (Dkt. 55).  *See* Fed. R. App. P. 3(c)(4) ("The notice of appeal encompasses all orders that, for purposes of appeal, merge into the designated judgment or appealable order. It is not necessary to designate those orders in the notice of appeal.").

| | |
|---|---|
| Case number being appealed: | 3:22-cv-07611-WHA |
| Case title being appealed: | Splunk Inc. v. Cribl, Inc. |
| Date of final judgment or order being appealed: | 8/23/2024; 8/14/2024; 12/31/2025; FRAP 3(c)(4) |
| Appellant: | Splunk Inc. |

DATED: December 31, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Thomas G. Hungar*
Thomas G. Hungar
thungar@gibsondunn.com
1700 M Street N.W.
Washington, DC 20036-4504
202.887.3784

Attorneys for Plaintiff Splunk Inc.